UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
METE KARABAS,

              Plaintiff,                                JUDGMENT
                                                              24-CV-2722 (AMD) (VMS)

              -against-

TC HEARTLAND LLC,

              Defendant.
------------------------------------------------------------ X

       A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge having been filed on March 11, 2025, granting the defendant's motion to dismiss; and dismissing the complaint; it is

       ORDERED AND ADJUDGED that the defendant's motion to dismiss is granted; and that the complaint is dismissed.

Dated: Brooklyn, NY                                                                             Brenna B. Mahoney
        March 12, 2025                                                              Clerk of Court

                                                                                             By: _/s/Jalitza Poveda_
                                                                                                 Deputy Clerk